ATTORNE GRIEVANCE COMMISSION       \*       IN THE
OF MARYLAND                           COURT OF APPEALS

                                  \*       OF MARYLAND

        Petitioner

                                  \*       Misc. Docket AG No. 22

v.

                                  \*       September Term, 2015

NANCY A. COHEN                   \*

        Respondent.               \*

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Nancy A. Cohen. The Court, having considered the Petition and the record herein, it is this 18th day of November, 2015,

ORDERED, that Respondent, Nancy A. Cohen, be and she is hereby REPRIMANDED for violating Rule 1.9(a) of the Maryland Lawyers' Rules of Professional Conduct.

                                /s/ Lynne A. Battaglia
                                Senior Judge